AO 91 (Rev. 11/11) Criminal Complaint

FILED
WILLIAMSPORT
JUN 14 2019
PER _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>DAMONICO L. HENDERSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:19-mj-047<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 through June 14, 2019__ in the county of __Union__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code 846 | Conspiracy to manufacture, distribute, or possess with the intent to distribute or dispense a controlled substance. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy K. O'Malley, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/14/19

_____
*Judge's signature*

City and state: Williamsport, Pennsylvania

William I. Arbuckle, U.S. Magistrate Judge
*Printed name and title*